Matthew L. Sharp, Esq.
Nevada Bar No. 4746
Matthew L. Sharp, Ltd.
432 Ridge St.
Reno, NV 89501
Phone: (775) 324-1500
Fax: (775) 284-0675
matt@mattsharplaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARRIE ROMO, as the parent and guardian ad litem for B.E. and JOCELYN ELLIKER, individually, | CASE NO.: 3:19-cv-00383-MMD-CSD |
| Plaintiffs, | Consolidated with member cases: |
| vs. | Case No.: 3:19-cv-00207-MMD-CSD<br>Case No.: 3:19-cv-00418-MMD-CSD<br>Case No.: 3:19-cv-00424-MMD-CSD |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**STIPULATION AND ORDER TO SUBSTITUTE PARTY AND TO CHANGE CAPTION**

The parties, through their respective counsel, hereby stipulate and request an order to substitute Benjamin Elliker for Carrie Romo as the parent and guardian ad litem for B.E. The basis for the stipulation and request for order is that Benjamin Elliker attained the age of majority on May 12, 2024. He has standing to pursue the claim on his own behalf, and should be the named plaintiff instead of Carrie Romo as the parent and guardian ad litem for B.E.

The parties further stipulate to and request an order that the caption in this matter be modified to reflect this change in party, and shall hereafter be listed as:

JOCELYN ELLIKER, individually,
and BENJAMIN ELLIKER, individually,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendant.

IT IS SO STIPULATED.

DATED this 30th day of April 2025.

MATTHEW L. SHARP, LTD.

/s/ Matthew L. Sharp
Matthew L. Sharp, Esq.
432 Ridge Street
Reno, NV 89501
Phone: (775) 324-1500
Fax: (775) 284-0675
matt@mattsharplaw.com

*Attorneys for Plaintiffs*

DATED this 30th day of April 2025.

UNITED STATES DEPARTMENT OF JUSTICE

/s/ Robert J. Gross
Robert J. Gross, Esq.
Senior Trial Counsel
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
P.O. Box 14271
Washington, DC 20044-4271
Phone: (202) 616-4038
Fax: (202) 616-4002
Robert.Gross@usdoj.gov

*Attorneys for Defendant*

## ORDER

Good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to the Stipulation of the parties, BENJAMIN ELLIKER is hereby substituted in the place and stead of Carrie Romo, as guardian ad litem for B.E.

IT IS FURTHER ORDERED that the case caption shall be amended to reflect the same.

DATED this 1st day of May, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

2